IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern DIVISION

Claudia Lewis,

Plaintiff,

v.    CASE NO. 2:07-cv-1015-CSC

Greenville Inn and Suites,

Defendants,

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Claudia Lewis, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

12/3/2007
Date

/s/ K. ANDERSON NELMS
(Signature)

K. Anderson Nelms
(Counsel's Name)

Claudia Lewis
Counsel for (print names of all parties)

Address, City, State Zip Code

Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

### CERTIFICATE OF SERVICE

I, __K. Anderson Nelms_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __CM/ECF_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __3rd____ day of __December_____ 20__07__, to:

_____

_____

_____

_____

_____

| 12/3/2007 | /s/ K. Anderson Nelms |
|---|---|
| Date | Signature |