IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

Brenda McKee
_____,  )
                                   )
         Plaintiff,                )
                                   )
v.                                 )   CASE NO. 2:07-cv-1015-CSC
                                   )
Greenville Inn and Suites          )
_____,  )
                                   )
         Defendants,               )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW ___Brenda McKee_____, a ___Plaintiff___ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party
_____                      _____
_____                      _____
_____                      _____

12/3/2007                                  /s/ K. ANDERSON NELMS
_____                                  _____
Date                                       (Signature)

                                           K. Anderson Nelms
                                           _____
                                           (Counsel's Name)

                                           Brenda McKee
                                           _____
                                           Counsel for (print names of all parties)
                                           _____
                                           Address, City, State Zip Code
                                           _____
                                           Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

**CERTIFICATE OF SERVICE**

I, K. Anderson Nelms _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF _____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 3rd ___ day of December ___ 20 07, to:

_____
_____
_____
_____
_____

12/3/2007                                    /s/ K. Anderson Nelms
Date                                         Signature