IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern _____ DIVISION

Padreka Scott
_____, )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )   CASE NO. 2:07-cv-1015-CSC
                                    )            _____
Greenville Inn and Suites           )
_____, )
                                    )
        Defendants,                 )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW _____Padreka Scott_____, a _Plaintiff_ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

12/3/2007
_____
Date

/s/ K. ANDERSON NELMS
_____
(Signature)

K. Anderson Nelms
_____
(Counsel's Name)

Padreka Scott
_____
Counsel for (print names of all parties)
_____

Address, City, State Zip Code
_____

Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>Northern</u>_____ DIVISION

## CERTIFICATE OF SERVICE

I, <u>K. Anderson Nelms</u>_____, do hereby Certify that a true and correct copy
of the foregoing has been furnished by <u>CM/ECF</u>_____(manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this <u>3rd</u>_____day of <u>December</u>_____ 20<u>07</u>, to:

_____

_____

_____

_____

_____

_____

<u>12/3/2007</u>_____        <u>/s/ K. Anderson Nelms</u>_____
            Date                                      Signature