| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Valery Gray* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) *Valery Gray* C. Date of Delivery 11/29/07<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>S+C<br>07cv1015 |
| ||...||.|...|...||| <br>enville Inn and Suites<br>Fort Dale Rd.<br>enville, AL 36037 | Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 3110 0003 7316 7303 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540