**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 30, 2008

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   Lewis et al v. Greenville Inn and Suites.
      Civil Action No. 2:07-cv-01015-CSC

The above-styled case has been reassigned to Judge W. Keith Watkins.

Please note that the case number is now 2:07-cv-01015-WKW.

This new case number should be used on all future correspondence and pleadings in this action.