IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CLAUDIA LEWIS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cv-1015-WKW |
| | ) | |
| GREENVILLE INN AND SUITES, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

It having come to the court's attention that proper service has not been made on the defendants and that the plaintiffs have not responded to inquiries from the office of the Clerk of the Court regarding the service deficiencies, it is ORDERED that the plaintiffs shall show cause in writing **on or before July 8, 2008**, why their case should not be dismissed for failure to prosecute.

DONE this 1st day of July, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE