UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLAUDIA LEWIS, BRENDA McKEE, and PADREKA SCOTT, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | |
| GREENVILLE INN AND SUITES, a ) hotel/motel licensed and doing business in the ) State of Alabama, located at 941 Fort Dale ) Road, Greenville, AL 36037 (a better ) denomination of which plaintiffs are currently ) unaware), ) ) | Civil Action No.: 2:07-cv-01015 |
| Defendant. ) | |

## MOTION FOR LEAVE TO PERFECT SERVICE

COME NOW plaintiffs, by and through their counsel of record, to move this Honorable Court for leave to perfect service on the Defendant by serving the Defendant in person by means of a process server.

Respectfully submitted this 2nd day of July, 2008. _____

/s/ Andy Nelms

                                                        K. ANDERSON NELMS (NEL022)
                                                        Attorney for Plaintiff
                                                        2005 Cobbs Ford Road, Suite 301A
                                                        Prattville, AL 36066
                                                        Phone: (334) 351-1770
                                                        Fax: (334) 351-1774
                                                        andynelms@andersonnelms.com
                                                        ASB-6972-E63K

Of Counsel:

Anderson Nelms & Associates, LLC
2005 Cobbs Ford Road, Suite 301A
Prattville, Alabama 36066