IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLAUDIA LEWIS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 2:07-cv-1015-WKW |
| | ) |
| GREENVILLE INN AND SUITES, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the plaintiffs' Motion for Leave to Perfect Service (Doc. # 13), it is ORDERED that the motion is GRANTED. The plaintiffs shall perfect service on the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure **on or before August 4, 2008**.

DONE this 15th day of July, 2008.

                                               /s/   W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE