IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLAUDIA LEWIS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 2:07cv1015-WKW |
| | ) |
| GREENVILLE INN AND SUITES, | ) |
| | ) |
| Defendant. | ) |

FINAL JUDGMENT

In accordance with the prior proceedings, opinions and orders of the court, it is the ORDER, JUDGMENT and DECREE of the court that this action is DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 7th day of August, 2008.

      /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE